Slip Op. 17-87

UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| FORMER EMPLOYEE OF MARLIN FIREARMS CO., <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES SECRETARY OF LABOR, <br><br> Defendant. | Before: Hon. Jane A. Restani <br><br> Court No. 11-00060 |

## **JUDGMENT**

Having considered Plaintiff's Application for Fees and Other Expenses Pursuant to the Equal Access to Justice Act (EAJA Application), ECF No. 28, and having granted in part the EAJA Application, ECF No. 61,

IT IS HEREBY ORDERED that defendant shall pay attorney's fees in the amount of $16,655.71 to counsel for plaintiff, the Jerome N. Frank Legal Services Organization.


Date:____July 17, 2017_____          _____/s/  Jane A. Restani_____
                                                            Jane A. Restani
                                                                  Judge